# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Tondilia Walls

                        Plaintiff,

v.                                        Case No.: 1:14–cv–03783
                                                    Honorable Andrea R. Wood

Pace Suburban Bus Co.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 8, 2015:

      MINUTE entry before the Honorable Andrea R. Wood: The briefing schedule on Defendant's motion for summary judgment [35] is suspended until further order of the Court. Plaintiff is not required to file a response at this time. Within seven (7) days of this Order, Defendant shall file a short memorandum discussing whether the allegations of the amended complaint should be deemed admitted pursuant to Federal Rule of Civil Procedure 8(b)(6) in light of Defendant's failure to file a responsive pleading or motion pursuant to Federal Rule of Civil Procedure 12. Modrowski v. Pigatto, 712 F.3d 1166, 1170 (7th Cir. 2013) ("While serving a Rule 12 motion tolls the deadline for a defendant to file an answer, filing a Rule 56 motion has no such effect."); compare Fed. R. Civ. P. 12(a)(4), with Fed. R. Civ. P. 56. Status hearing set for 7/22/2015 at 10:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.