**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| TONDILIA WALLS, | ) | |
| Plaintiff, | ) | Case No. 14 CV 03783 |
| v. | ) | |
| | ) | Judge: Andrea R. Wood |
| PACE SUBURBAN BUS CO., | ) | Magistrate: Susan E. Cox |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

The parties, by and through their respective undersigned counsel of record, hereby stipulate and agree that this case should be dismissed with prejudice, with each side to bear their own costs and attorneys' fees.

FOR PLAINTIFF

 /s/ Steven C. Armbruster

Steven C. Armbruster
The Vrdolyak Law Group, LLC
9618 S. Commercial Avenue
Chicago, IL  60617
(773) 731-3311

FOR DEFENDANT

/s/ Christopher P. Lyons

Christopher P. Lyons
PACE
550 W. Algonquin Road
Arlington Heights, IL 60005
(847) 228-2375

Dated: February 10, 2017